COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MICHAEL SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CR&S CARSON CITY, LLC, DBA CARSON CITY NISSAN, a Foreign Limited Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number:<br>2:21-cv-01039-RFB-EJY |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) AS TO DEFENDANT CR&S CARSON CITY, LLC

. . .

. . .

. . .

. . .

. . .

. . .

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, David Michael Smith, by and through counsel, Cogburn Law, hereby requests the above-entitled action against Defendant CR&S Carson City, LLC, dba Carson City Nissan, be voluntarily dismissed with prejudice.

Dated this 14th day of September, 2021.

COGBURN LAW


By:    */s/Erik W. Fox*
        Jamie S. Cogburn, Esq.
        Nevada Bar No. 8409
        Erik W. Fox, Esq.
        Nevada Bar No. 8804
        2580 St. Rose Parkway, Suite 330
        Henderson, Nevada 89074
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) AS TO DEFENDANT CR&S CARSON CITY, LLC** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 14th day of September, 2021.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


        */s/Katie Johnson*
        An employee of Cogburn Law