COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MICHAEL SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CR&S CARSON CITY, LLC, DBA CARSON CITY NISSAN, a Foreign Limited Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-01039-RFB-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, David Michael Smith ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the

above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 18th day of November, 2021.        Dated this 18th day of November, 2021.

COGBURN LAW                                    CLARK HILL PLLC

By: */s/Erik W. Fox*                           By: */s/Jeremy J. Thompson*
    Jamie S. Cogburn, Esq.                       Jeremy J. Thompson, Esq.
    Nevada Bar No. 8409                          Nevada Bar No. 12503
    Erik W. Fox, Esq.                            3800 Howard Hughes Parkway, Suite 500
    Nevada Bar No. 8804                          Las Vegas, NV 89169
    2580 St. Rose Parkway, Suite 330             *Attorney for Equifax Information Services*
    Henderson, Nevada 89074                      *LLC*
    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court
DATED this 22nd day of November, 2021.